851 A.2d 835

**Christopher C. OBST, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

**Nos. 23 & 43 MAP 2004.**

Supreme Court of Pennsylvania.

June 3, 2004.

***ORDER***

PER CURIAM.

**AND NOW,** this 3rd day of June, 2004, probable jurisdiction is noted and the orders appealed are affirmed.